**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Encarnacion Ramos
      Debtor

Case No.: 09–30664

Chapter: 13

---

## ORDER RESETTING DISMISSAL

The chapter 13 trustee's motion to dismiss is continued until **6/6/11** at **09:00 AM.**

Signed and Entered on Docket: 5/9/11

_____
JEFF BOHM
United States Bankruptcy Judge